UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

THERESA SALES-TREADWELL

Debtor(s)

Case No. 11-08559

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2011.

2) The plan was confirmed on 05/11/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/13/2011.

5) The case was dismissed on 10/28/2011.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $18,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $100.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4.39 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4.39

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED RADIOLOGISTS JOLIET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PROFESSIONAL GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PROFESSIONAL GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY COLLEGES OF CHICAGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 505.17 | 565.67 | 565.67 | 0.00 | 0.00 |
| CONSOLIDATED PUBLIC SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FISCHER MANGOLD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSTITUTE FOR PERSONAL DEVELOP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOLIET HOSPITALIST GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD FALLS COMMUNITY ASS | Secured | 500.00 | 500.00 | 500.00 | 95.61 | 0.00 |
| LINDEN OAKS HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST MEDICAL RECORDS ASSTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVCS | Unsecured | 0.00 | 265.48 | 265.48 | 0.00 | 0.00 |
| NAPERVILLE CHILDRENS CLINIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 422.32 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 354.77 | 265.42 | 265.42 | 0.00 | 0.00 |
| NORTHSTAR CAPITAL ACQUISTION L | Unsecured | 580.00 | 6,579.23 | 6,579.23 | 0.00 | 0.00 |
| OAKBROOK ENDODONTIC ASSOCIAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK SURGICAL CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 622.00 | 339.48 | 339.48 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SRINIVAS KOTA MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MATERNAL MEDICINE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 41,198.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOMENS CENTER FOR HEALTH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $500.00 | $95.61 | $0.00 |
| **TOTAL SECURED:** | **$500.00** | **$95.61** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,015.28** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4.39 |
| Disbursements to Creditors | $95.61 |
| **TOTAL DISBURSEMENTS:** | **$100.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2011                                By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**